# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1176
Lower Tribunal No. 18-13362 SP
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Miami Medical Group, Inc., etc.**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Michael J. Neimand, for appellant.

Feiler & Leach, P.L., and Martin E. Leach, for appellee.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.